ELIZABETH HELM, Respondent, v. MARYLAND CASUALTY COMPANY, Appellant.— Order affirmed, with $10 costs and disbursements. Memorandum: We conclude that facts sufficient to state a cause of action are alleged in the first cause of action in plaintiff's complaint. It is unnecessary, therefore, to pass upon the second cause of action (*Eidlitz* v. *Fischback & Moore, Inc.*, 239 App.

Div. 483, 486). All concur. (The order denies defendant's motion to dismiss the first and second causes of action in plaintiff's complaint in an action to recover the balance of a judgment secured by plaintiff in an automobile negligence action.) Present — Harris, McCurn, Larkin and Love, JJ.